**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Angel C.V.,

Petitioner,

v.

Todd Blanche, *Attorney General of the United States*; Markwayne Mullin, *Secretary of Homeland Security*; David Venturella, *Acting Director of U.S. Immigration and Customs Enforcement*; Marcos Charles, *Acting Executive Associate Director for Enforcement and Removal Operations*; U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security; David Easterwood, *Field Office Director for Enforcement and Removal Operations*; and Sheriff Joel Brott, *Sherburne County Sheriff*,

Respondents.

Case No. 26-cv-04098 (JMB/ECW)

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses herself in this matter.

Dated: September 23, 2026

*/s/ Elizabeth Cowan Wright*
ELIZABETH COWAN WRIGHT
United States Magistrate Judge